### THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,

        Plaintiff,

  v.

SKILLSHARE, INC.,

        Defendant.

**CIVIL ACTION NO. 1:21-cv-02711-LTS**

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Skillshare, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 23, 2021.                          Respectfully submitted,

                                               */s/Jay Johnson*
                                               **JAY JOHNSON**
                                               State Bar No. 24067322
                                               **D. BRADLEY KIZZIA**
                                               State Bar No. 11547550
                                               **KIZZIA JOHNSON, PLLC**
                                               1910 Pacific Avenue, Suite 13000
                                               Dallas, Texas 75201
                                               (214) 451-0164
                                               Fax: (214) 451-0165
                                               Jay@kpcllc.com
                                               Bkizzia@kpllc.com

                                               **ATTORNEYS FOR PLAINTIFF**


                            **<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on June 23, 2021, I electronically filed the above document(s) with the
Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all
registered counsel.

                                               */s/Jay Johnson*
                                               **JAY JOHNSON**